In the Matter of Proving the Will of JULIA K. WILKINS, Deceased.

EVELYN A. PITSHKE et al., Appellants; LOUIS G. FRIESS, Respondent.

*Will — probate — objection that will was revoked by subsequent marriage and by execution of subsequent will.*

*Matter of Wilkins (Will),* 198 App. Div. 912, affirmed.

(Submitted March 1, 1922; decided March 21, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 10, 1921, which affirmed an order of the Nassau County Surrogate's Court admitting to probate an instrument propounded as the last will and testament of Julia K. Wilkins, deceased. Objections to probate were " That said paper was revoked by the subsequent marriage of said decedent; " and " That upon information and belief the said paper was revoked by her execution of a subsequent will dated the twentieth day of October, 1915, which was thereafter torn and cancelled by the decedent with intent and for the purpose of revoking the same."

*Charles Harwood* and *A. S. Barnes* for appellants.

*Albert L. Phillips* and *William Douglas Moore* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,. McLAUGHLIN, CRANE and ANDREWS, JJ.